Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Boulevard, Suite 500
Las Vegas, Nevada 89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant, Sephora USA, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKIA EDWARDS,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SEPHORA USA, INC.; DOES I through X; and ROE BUSINESS ENTITIES I through X,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-00977-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR STATUS CHECK BEFORE MAGISTRATE JUDGE YOUCHAH** |

Plaintiff Lakia Edwards ("Plaintiff") and Defendant Sephora USA, Inc. ("Defendant"), by and through undersigned counsel, stipulate to continue the telephonic status conference currently set for Thursday, December 19, 2024, at 10:00 a.m. to a date and time convenient to this Court, but no sooner than Wednesday, January 8, 2025.

In support of the stipulation and proposed continuance, the parties submit:

1. On October 31, 2024, the parties participated in an Early Neutral Evaluation session before the Honorable Elayna J. Youchah. (ECF No. 16.) The parties were able to reach a settlement, the terms of which are confidential. (ECF No. 17.)

2. The parties have bene diligently finalizing the settlement agreement. The settlement agreement has been signed and Defendant will issue the settlement proceeds this week.

3. After Plaintiff has confirmed receipt of the settlement proceeds, the parties will submit a stipulation and proposed order to dismiss this matter.

4. In light of the upcoming holidays and counsels' anticipated travel and leave schedule, the parties are requesting that the Court allow them through January 7, 2025, to file the stipulation to dismiss the case.

## CONCLUSION

For the foregoing reasons, the parties stipulate and request that the telephonic status hearing currently set for Thursday, December 19, 2024, at 10:00 a.m. before U.S. Magistrate Judge Elayna Youchah be vacated and continued to a date and time convenient to this Court, but no sooner than Wednesday, January 8, 2025.

DATED this 17th day of December, 2024.

DATED this 17th day of December, 2024.

KEMP & KEMP, ATTORNEYS AT LAW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ James P. Kemp

James P. Kemp
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130

Leon Greenberg
Nevada Bar No. 8094
Ruthann Deveraux-Gonzalez
Nevada Bar No. 15904
1811 South Rainbow Blvd., Suite 210
Las Vegas, Nevada 89146
*Attorney for Plaintiff,*
*Lakia Edwards*

/s/ Kathryn C. Newman

Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*Sephora USA, Inc.*

## ORDER

IT IS HEREBY ORDERED that the Stipulation to Extend Date for Status Check (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that the telephonic status conference set for December 19, 2024 is vacated and rescheduled for **January 29, 2025 at 10:00 a.m.** Parties are instructed to call the Audio Conference Line at (855) 244-8681, access code 2319 371 9980, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited.

_____
U.S. MAGISTRATE JUDGE

Date: December 18, 2024