Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Boulevard, Suite 500
Las Vegas, Nevada 89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant, Sephora USA, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKIA EDWARDS,<br><br>                    Plaintiff,<br>   vs.<br><br>SEPHORA USA, INC.; DOES I through X; and ROE BUSINESS ENTITIES I through X,<br><br>                    Defendants. | Case No.: 2:24-cv-00977-MMD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

Plaintiff Lakia Edwards ("Plaintiff") and Defendant Sephora USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant that are contained in, are reasonably related to or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.  Further each party is to bear their own attorneys' fees and costs.

///

///

///

DATED this 6th day of January, 2025.

LEON GREENBERG PROFESSIONAL CORPORATION

/s/ Ruthann Deveraux-Gonzales
Leon Greenberg
Nevada Bar No. 8094
Ruthann Deveraux-Gonzalez
Nevada Bar No. 15904
1811 South Rainbow Blvd., Suite 210
Las Vegas, Nevada 89146

James P. Kemp
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
*Attorney for Plaintiff,*
*Lakia Edwards*

IT IS SO ORDERED.

DATED this 6th day of January, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ Kathryn C. Newman
Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*Sephora USA, Inc.*

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

January 7, 2025
DATE

2

87388327.v1-OGLETREE